# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| BRADY TANNER, TIFFANY MOLDEN, LERESA HARRIS, ELENA EVANS, KIERA POWELL, SAMARRIA WRIGHT, THOMAS DUPRE, JESSICA HERMANSON, TODD SHIDER, CALONDRA HAYWOOD, JOLANDA LASSITER, CHASTITY SHORT, COURTNEY DAVIS, NIKILYA STEWART, STACY ZACKERY, WENDY MILNER, SONYETTE FLEMING, JESSICA CHRISTIAN, LATOYA FORD and SPENCER HARRIS Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TPUSA, INC.,<br><br>    Defendant. | **CIVIL ACTION FILE NO. 1:12-CV-00033-WLS** |

## DEFENDANT TPUSA'S MOTION TO DECERTIFY THE CLASS

In this conditionally certified collective action under the Fair Labor Standards Act, TPUSA hereby moves for an order to decertify the conditionally certified class based on the arguments set forth in its Memorandum of Law, on file with this Court.

Dated:  August 20, 2015                    By:  *s/ Mary C. Dollarhide*
                                                Mary C. Dollarhide, admitted *pro hac vice*
                                                marydollarhide@paulhastings.com
                                                Taylor H. Wemmer, admitted *pro hac vice*
                                                taylorwemmer@paulhastings.com
                                                Betsey A. Boutelle, admitted *pro hac vice*
                                                betseyboutelle@paulhastings.com
                                                PAUL HASTINGS LLP
                                                4747 Executive Drive, 12th Floor
                                                San Diego, CA  92121
                                                Telephone:   1 (858) 458-3000
                                                Facsimile:     1 (858) 458-3005

                                                Blake R. Bertagna, admitted *pro hac vice*
                                                blakebertagana@paulhastings.com
                                                PAUL HASTINGS LLP
                                                695 Town Center Drive
                                                Seventeenth Floor
                                                Costa Mesa, CA  92626-1924
                                                Telephone:   1 (714) 668-6200
                                                Facsimile:     1 (714) 979-1921

                                                Erika Patrick Leonard, Bar No. 565965
                                                erikaleonard@paulhastings.com
                                                PAUL HASTINGS LLP
                                                1170 Peachtree Street, N.E.
                                                Suite 100
                                                Atlanta, GA  30309
                                                Telephone:  1 (404) 815-2400
                                                Facsimile:  1 (404) 815-2424

                                                Attorneys for Defendant
                                                TPUSA, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| BRADY TANNER, TIFFANY MOLDEN, LERESA HARRIS, ELENA EVANS, KIERA POWELL, SAMARRIA WRIGHT, THOMAS DUPRE, JESSICA HERMANSON, TODD SHIDER, CALONDRA HAYWOOD, JOLANDA LASSITER, CHASTITY SHORT, COURTNEY DAVIS, NIKILYA STEWART, STACY ZACKERY, WENDY MILNER, SONYETTE FLEMING, JESSICA CHRISTIAN, LATOYA FORD and SPENCER HARRIS Individually and on Behalf of All Others Similarly Situated, <br><br>    Plaintiffs, <br><br> v. <br><br> TPUSA, INC., <br><br>    Defendant. | CIVIL ACTION FILE NO. 1:12-CV-00033-WLS |

### CERTIFICATE OF SERVICE

3

I HEREBY CERTIFY that on August 20, 2015, I electronically filed the foregoing **DEFENDANT TPUSA'S MOTION TO DECERTIFY THE CLASS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiffs' counsel of record at the email addresses on file with the Court, as follows:

Steven Bennett Blau, Esq.
sblau@blauleonardlaw.com
Shelly A. Leonard, Esq.
sleonard@blauleonardlaw.com
BLAU LEONARD LAW GROUP, LLC
23 Green Street, Suite 303
Huntington, New York 11743
Tel. (631) 458-1010

Jason T. Brown, Esq.
jasontbrown@bbpc-law.com
Jason M. McLaren, Esq.
jasonmclaren@jtblawgroup.com
Michael Gerard Radigan, Esq.
michaelradigan@jtblawgroup.com
Nicholas R. Conlon, Esq.
nicholasconlon@jtblawgroup.com
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ  07302
Tel. (877) 561-0000

Louis E. Hatcher, Esq.
lhatcher@watsonspence.com
Alfreda Lynette Sheppard, Esq.
ASheppard@watsonspence.com
WATSON SPENCE LLP
320 Residence Ave.
Post Office Box 2008
Albany, GA  31702-2008
Tel:  (229) 436-1545

                                      */s/Mary C. Dollarhide*_____
                                          Mary C. Dollarhide

LEGAL_US_W # 82794628.1