# <u>CIVIL CALENDAR</u>

# JANUARY 2016 TRIAL TERM[1]

| CASE NO.: | CASE: | PLA COUNSEL: | DEFENSE COUNSEL: | CAUSE OF ACTION: |
|---|---|---|---|---|
| 1:10cv133 | Paul George Bettencourt<br><br>v.<br><br>Marty Allen, Benjie Nobles, Eric Alls, Towanda Zachery, Hank Autry | Nicole Williams | Susan Teaster<br>Joshua Brooks<br>Devon Orland<br>Deborah Gore | Prison Condition |
| 1:12cv33 | Brady Tanner, Tiffany Molden, Elena Evans, Thomas Dupre, Jessica Hermanson, Calandra Haywood, Jolanda Lassiter, Wendy Milner and Latoya Ford<br><br>v.<br><br>TPUSA INC. | Mary Dollarhide<br>Blake Bertagna<br>Betsey Boutelle<br>Erika Patrick<br>Taylor Wemmer | Steven Blau<br>Jason Brown<br>Nicholas Conlon<br>Louis Hatcher<br>Shelly Leonard<br>Jason McLaren<br>Michael Radigan<br>Alfreda Sheppard | Fair Standards |

---

[1] Updated 11/3/2015 and 11/10/2015 to add additional cases.

| | | | | |
|---|---|---|---|---|
| 1:13cv157 | Joshua Rogers<br><br>v.<br><br>Mediacom LLC | James Garrity | Christopher Butler<br>Heath Edwards<br>Katherine Parvis | Civil Rights |
| 1:14cv63 | Desmond Thomas<br><br>v.<br><br>*Officer* Eddie King,<br>*Unit Manager* Kevin Davis, | *Pro Se* | | Prison Condition |
| 1:14cv168 | Brittney Coleman<br>Gerald Davis<br><br>v.<br><br>United States of America | Jay Howanitz<br>Robert Spohrer | Stewart Brown | Personal Injury |