

1(858) 458-3019
marydollarhide@paulhastings.com

December 10, 2015                                                                                          33267.00025

**VIA ELECTRONIC CASE FILING SYSTEM**

Honorable W. Louis Sands
Senior Judge, United States District Court
201 W. Broad Avenue
Albany, GA 31701

Re:   *Tanner v. TPUSA, Inc.*, **U.S.D.C., Middle District of Georgia, Albany Division, Civil Action File No. 1:12-CV-00033-WLS**

To the District Court:

TPUSA is in receipt of the Court's Order dated today, December 10, 2015.  TPUSA is pleased to inform the Court that the parties reached a settlement agreement in their mediation session with Magistrate Judge Thomas Q. Langstaff on December 3, 2015.  Final papers and proposed agreements to that effect have been exchanged between the parties and are under review.  TPUSA will endeavor to ensure that all necessary settlement documents are filed with the Court within the 30-day deadline specified in the Court's Order of this morning.

Sincerely,

/s/Mary Dollarhide
Mary C. Dollarhide
of PAUL HASTINGS LLP

MCD:ll

cc:    Steven Bennett Blau, Esq. (Via CM/ECF)
       Shelly A. Leonard, Esq. (Via CM/ECF)
       Louis E. Hatcher, Esq. (Via CM/ECF)
       Alfreda Lynette Sheppard, Esq. (Via CM/ECF)
       Jason T. Brown, Esq. (Via CM/ECF)
       Jason M. McLaren, Esq. (Via CM/ECF)

LEGAL_US_W # 84425534.1