

1(858) 458-3019
marydollarhide@paulhastings.com


January 5, 2016                                                                                      33267.00025


**VIA CM/ECF FILING**

Honorable W. Louis Sands
Senior Judge, United States District Court
201 W. Broad Avenue
Albany, Georgia 31701

Re:   *Tanner v. TPUSA, Inc.*
      No. 1:12-CV-00033-WLS
      Parties' Joint Submission of Settlement and Dismissal Terms

Dear Judge Sands:

Pursuant to this Court's Order of December 10, 2015, the parties hereby submit as Exhibit A the attached agreement, executed in counterparts, setting forth the terms of settlement and dismissal of the above-referenced action, as facilitated on December 3, 2015, by the Hon. Thomas Langstaff, Magistrate Judge of the United States District Court for the Middle District of Georgia.

Sincerely,


/s/Mary Dollarhide
Mary C. Dollarhide
of PAUL HASTINGS LLP

MCD:ll

Attachment

cc:   Hon. Thomas Langstaff (Via First-Class Mail)
      Steven Bennett Blau, Esq. (Via CM/ECF)
      Shelly A. Leonard, Esq. (Via CM/ECF)
      Louis E. Hatcher, Esq. (Via CM/ECF)
      Alfreda Lynette Sheppard, Esq. (Via CM/ECF)
      Jason T. Brown, Esq. (Via CM/ECF)
      Jason M. McLaren, Esq. (Via CM/ECF)
      John Warren May, Esq. (Via Email)

LEGAL_US_W # 84633793.1