**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| BRADY TANNER *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CASE NO.: 1:12-CV-33 (WLS) |
| : | |
| TPUSA, INC., : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

On December 3, 2015, the Parties participated in a mediation session with United States Magistrate Judge Thomas Q. Langstaff. On January 4, 2016, the Parties filed their settlement agreement with the Court. If the Parties wish to dismiss any of the remaining claims, they should file a joint proposed order of dismissal (with or without prejudice, depending on the Parties' agreement). The Parties are hereby **ORDERED** to file such **no later than seven (7) days after entry of this Order** or file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 6th day of January, 2016.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT JUDGE**