# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| BRADY TANNER, TIFFANY MOLDEN, LERESA HARRIS, ELENA EVANS, KIERA POWELL, SAMARRIA WRIGHT, THOMAS DUPRE, JESSICA HERMANSON, TODD SHIDER, CALONDRA HAYWOOD, JOLANDA LASSITER, CHASTITY SHORT, COURTNEY DAVIS, NIKILYA STEWART, STACY ZACKERY, WENDY MILNER, SONYETTE FLEMING, JESSICA CHRISTIAN, LATOYA FORD and SPENCER HARRIS Individually and on Behalf of All Others Similarly Situated, <br><br>**Plaintiffs,** <br><br>v. <br><br>TPUSA, INC., <br><br>**Defendant.** | **CIVIL ACTION FILE NO. 1:12-CV-00033-WLS** |

## JOINT STIPULATION REGARDING DISMISSAL OF NINE REMAINING PLAINTIFFS WITH PREJUDICE

WHEREAS, the parties have reached an agreement to settle the above-captioned matter with respect to the nine named Plaintiffs remaining in the action;

WHEREAS, the Court entered an Order on January 6, 2016, directing the parties to file a proposed joint order of dismissal within seven (7) days;

NOW, THEREFORE, the parties HEREBY STIPULATE and REQUEST that the Court enter the concurrently filed [Joint Proposed] Order of Dismissal with Prejudice, thus dismissing with prejudice the claims of the nine (9) remaining Plaintiffs identified therein.

Dated:  January 8, 2016            By            */s/Mary C. Dollarhide*
                                      Mary C. Dollarhide, admitted *pro hac vice*
                                      marydollarhide@paulhastings.com
Taylor H. Wemmer, admitted *pro hac vice*
taylorwemmer@paulhastings.com
Betsey A. Boutelle, admitted *pro hac vice*
betseyboutelle@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA  92121
Telephone:     1 (858) 458-3000
Facsimile:      1 (858) 458-3005

Erika Patrick Leonard, Bar No. 565965
erikaleonard@paulhastings.com
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA  30309
Telephone:  1 (404) 815-2400
Facsimile:  1 (404) 815-2424

Attorneys for Defendant
TPUSA, Inc.

Dated: January 8, 2016         By:     <u>*/s/Steven Bennett Blau*</u>
                                       Steven Bennett Blau, Esq.
                                       sblau@blauleonardlaw.com
                                       Shelly A. Leonard, Esq.
                                       sleonard@blauleonardlaw.com
                                       BLAU LEONARD LAW GROUP, LLC
                                       23 Green Street, Suite 303
                                       Huntington, New York 11743
                                       Tel. (631) 458-1010

                                       Louis E. Hatcher, Esq.
                                       lhatcher@watsonspence.com
                                       Alfreda Lynette Sheppard
                                       asheppard@watsonspence.com
                                       WATSON SPENCE LLP
                                       320 Residence Ave.
                                       Post Office Box 2008
                                       Albany, GA  31702-2008
                                       Tel:  (229) 436-1545

                                       Jason T. Brown, Esq.
                                       jasontbrown@bbpc-law.com
                                       Jason M. McLaren, Esq.
                                       jasonmclaren@jtblawgroup.com
                                       JTB Law Group, LLC
                                       155 2nd Street, Suite 4
                                       Jersey City, NJ  07302
                                       Tel. (877) 561-0000
                                       Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **BRADY TANNER, TIFFANY MOLDEN, LERESA HARRIS, ELENA EVANS, KIERA POWELL, SAMARRIA WRIGHT, THOMAS DUPRE, JESSICA HERMANSON, TODD SHIDER, CALONDRA HAYWOOD, JOLANDA LASSITER, CHASTITY SHORT, COURTNEY DAVIS, NIKILYA STEWART, STACY ZACKERY, WENDY MILNER, SONYETTE FLEMING, JESSICA CHRISTIAN, LATOYA FORD and SPENCER HARRIS Individually and on Behalf of All Others Similarly Situated,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **CIVIL ACTION FILE NO. 1:12-CV-00033-WLS** |
| **TPUSA, INC.,** ) ) | |
| **Defendant.** ) ) | |

**CERTIFICATE OF SERVICE**

4

I HEREBY CERTIFY that on January 8, 2016, I electronically filed the foregoing **JOINT STIPULATION REGARDING DISMISSAL OF NINE REMAINING PLAINTIFFS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiffs' counsel of record at the email addresses on file with the Court, as follows:

Steven Bennett Blau, Esq.
sblau@blauleonardlaw.com
Shelly A. Leonard, Esq.
sleonard@blauleonardlaw.com
BLAU LEONARD LAW GROUP, LLC
23 Green Street, Suite 303
Huntington, New York 11743
Tel. (631) 458-1010

Jason T. Brown, Esq.
jasontbrown@bbpc-law.com
Jason M. McLaren, Esq.
jasonmclaren@jtblawgroup.com
Michael Gerard Radigan, Esq.
michaelradigan@jtblawgroup.com
Nicholas R. Conlon, Esq.
nicholasconlon@jtblawgroup.com
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ  07302
Tel. (877) 561-0000

Louis E. Hatcher, Esq.
lhatcher@watsonspence.com
Alfreda Lynette Sheppard, Esq.
ASheppard@watsonspence.com
WATSON SPENCE LLP
320 Residence Ave.
Post Office Box 2008
Albany, GA  31702-2008
Tel:  (229) 436-1545

        */s/Mary C. Dollarhide*
        Mary C. Dollarhide