IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BRADY TANNER, TIFFANY MOLDEN, LERESA HARRIS, ELENA EVANS, KIERA POWELL, SAMARRIA WRIGHT, THOMAS DUPRE, JESSICA HERMANSON, TODD SHIDER, CALONDRA HAYWOOD, JOLANDA LASSITER, CHASTITY SHORT, COURTNEY DAVIS, NIKILYA STEWART, STACY ZACKERY, WENDY MILNER, SONYETTE FLEMING, JESSICA CHRISTIAN, LATOYA FORD and SPENCER HARRIS Individually and on Behalf of All Others Similarly Situated, <br><br>  Plaintiffs, <br><br> v. <br><br> TPUSA, INC., <br><br>  Defendant. | CIVIL ACTION FILE NO. 1:12-CV-00033-WLS |

### [JOINT PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation Regarding Dismissal of Nine Remaining Plaintiffs with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the claims of the following remaining Plaintiffs in this action are DISMISSED WITH PREJUDICE:

Elena Evens

Latoya Ford

Calandra Haywood

Jessica Hermanson

Jolanda Lassiter

Wendy Milner

Tiffany Molden

Thomas Dupre

Brady Tanner

SO ORDERED, this \_\_\_\_ day of _____, 2016.

                                        **THE HONORABLE W. LOUIS SANDS,**
                                        **UNITED STATES DISTRICT COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| BRADY TANNER, TIFFANY MOLDEN, ) <br> LERESA HARRIS, ELENA EVANS, ) <br> KIERA POWELL, SAMARRIA ) <br> WRIGHT, THOMAS DUPRE, JESSICA ) <br> HERMANSON, TODD SHIDER, ) <br> CALONDRA HAYWOOD, JOLANDA ) <br> LASSITER, CHASTITY SHORT, ) <br> COURTNEY DAVIS, NIKILYA ) <br> STEWART, STACY ZACKERY, WENDY ) <br> MILNER, SONYETTE FLEMING, ) <br> JESSICA CHRISTIAN, LATOYA FORD ) <br> and SPENCER HARRIS Individually and ) <br> on Behalf of All Others Similarly Situated, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> TPUSA, INC., ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION FILE NO.** <br> **1:12-CV-00033-WLS** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2016, I electronically filed the foregoing **[JOINT PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiffs' counsel of record at the email addresses on file with the Court, as follows:

| | |
|---|---|
| Steven Bennett Blau, Esq. | Jason T. Brown, Esq. |
| sblau@blauleonardlaw.com | jasontbrown@bbpc-law.com |
| Shelly A. Leonard, Esq. | Jason M. McLaren, Esq. |
| sleonard@blauleonardlaw.com | jasonmclaren@jtblawgroup.com |
| BLAU LEONARD LAW GROUP, LLC | Michael Gerard Radigan, Esq. |
| 23 Green Street, Suite 303 | michaelradigan@jtblawgroup.com |
| Huntington, New York 11743 | Nicholas R. Conlon, Esq. |
| Tel. (631) 458-1010 | nicholasconlon@jtblawgroup.com |
| | JTB Law Group, LLC |
| | 155 2nd Street, Suite 4 |
| | Jersey City, NJ  07302 |
| | Tel. (877) 561-0000 |
| Louis E. Hatcher, Esq. | |
| lhatcher@watsonspence.com | |
| Alfreda Lynette Sheppard, Esq. | |
| ASheppard@watsonspence.com | |
| WATSON SPENCE LLP | |
| 320 Residence Ave. | |
| Post Office Box 2008 | |
| Albany, GA  31702-2008 | |
| Tel:  (229) 436-1545 | |

                                                                            */s/Mary C. Dollarhide*
                                                                              Mary C. Dollarhide