**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

|  |  |  |
|---|---|---|
| **BRADY TANNER, TIFFANY MOLDEN,**<br>**LERESA HARRIS, ELENA EVANS,**<br>**KIERA POWELL, SAMARRIA**<br>**WRIGHT, THOMAS DUPRE, JESSICA**<br>**HERMANSON, TODD SHIDER,**<br>**CALONDRA HAYWOOD, JOLANDA**<br>**LASSITER, CHASTITY SHORT,**<br>**COURTNEY DAVIS, NIKILYA**<br>**STEWART, STACY ZACKERY, WENDY**<br>**MILNER, SONYETTE FLEMING,**<br>**JESSICA CHRISTIAN, LATOYA FORD**<br>**and SPENCER HARRIS Individually and**<br>**on Behalf of All Others Similarly Situated,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION FILE NO.**<br>**1:12-CV-00033-WLS** |
| **Plaintiffs,** | ) ) |  |
| **v.** | ) ) |  |
| **TPUSA, INC.,** | ) ) |  |
| **Defendant.** | ) ) |  |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Joint Stipulation Regarding Dismissal of Nine Remaining Plaintiffs with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the claims of the following remaining Plaintiffs in this action are DISMISSED WITH PREJUDICE:

Elena Evens

Latoya Ford

Calandra Haywood

Jessica Hermanson

Jolanda Lassiter

Wendy Milner

Tiffany Molden

Thomas Dupre

Brady Tanner

SO ORDERED, this _1th_ day of _Jan._ , 2016.

**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**